# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CONOCOPHILLIPS PETROZUATA B.V., *et al.*, | |
| *Plaintiff*, | Case No. 1:17-cv-0028-LPS |
| v. | Hon. Leonard P. Stark |
| PETRÓLEOS DE VENEZUELA, S.A., *et al* | |
| *Defendant*. | |

## PDV HOLDING, INC.'S
## MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant PDV Holding Inc., by and through its undersigned counsel, moves to dismiss Plaintiffs' Complaint in its entirety for failure to state a claim upon which relief can be granted. The grounds for this Motion are more fully set forth in the accompanying memorandum of law, which is filed contemporaneously herewith.

1

DATED: February 1, 2017

OF COUNSEL:

Nathan P. Eimer
Lisa S. Meyer
EIMER STAHL LLP
224 South Michigan Avenue
Suite 1100
Chicago, IL 60604
(312) 660-7600
NEimer@eimerstahl.com
LMeyer@eimerstahl.com

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Kenneth J. Nachbar* (#2067)
Kenneth J. Nachbar
Alexandra Cummings
1201 North Market Street
Wilmington, DE 19801
(302) 658-9200
KNachbar@mnat.com
ACummings@mnat.com