# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CONOCOPHILLIPS PETROZUATA B.V., PHILLIPS PETROLEUM COMPANY VENEZUELA LIMITED, CONOCOPHILLIPS GULF OF PARIA B.V. and CONOCOPHILLIPS HAMACA B.V.,<br><br>Plaintiffs<br><br>v.<br><br>PETROLEOS DE VENEZUELA, S.A., PDVSA PETROLEO, S.A., PDV HOLDING, INC., and ROSNEFT TRADING S.A.,<br><br>Defendants. | C.A. No. 17-cv-28-LPS |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF MATTHEW M. GRAVES

PLEASE TAKE NOTICE that Matthew M. Graves (admitted *pro hac vice*) withdraws his appearance on behalf of Defendant Rosneft Trading S.A. ("Defendant"). R. Craig Martin and Amy E. Evans remain as counsel for the Defendant.

Dated: October 12, 2021

DLA PIPER LLP (US)

*/s/ Amy E. Evans*
R. Craig Martin (DE Bar No. 5032)
Amy E. Evans (DE Bar No. 3829)
1201 North Market Street, Suite 2100
Wilmington, DE 19801-1147
Telephone: 302.468.5655
Facsimile: 302.778.7834
craig.martin@dlapiper.com
amy.evans@dlapiper.com

*Attorneys for Defendant Rosneft Trading S.A.*